UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/10/06*

CIVIL MINUTES

DATE: February 10, 2006

Case No. C-05-04481-RMW     JUDGE: Ronald M. Whyte

ALBERTA ROSE JONES                         -v- JAMES A. SCHARF, et al.
Title

No Appearance                              Appeared
Attorneys Present                          Attorneys Present

COURT CLERK: Jackie Garcia                 COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

**DEFENDANT JOSEPHINE BILETI'S MOTION TO REMAND AND MOTION TO QUASH SERVICE OF SUMMONS**

ORDER AFTER HEARING

Hearing Held.  No appearance from the plaintiff.  The Court's tentative ruling is to grant the defendant's motions to remand and quash service.  The Court to send out a final ruling to the parties.